B. Quesenberry
2750 SW Coast Ave.
Lincoln City, OR 97367



Retail
U.S. POSTAGE PAID
FCM LG ENV
LINCOLN CITY, OR 97367
MAR 05, 2024
55415
$2.11
RDC 99    R2306Y152302-7

SCANNED
MAR 12 2024
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
MAR 12 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

U.S. District Court
District of Minnesota
300 South Fourth Street - Suite 202
Minneapolis, MN 55415